UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:05-CR-92 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| LUKE WILSON ) | |

# ORDER

On March 14, 2006, Magistrate Judge Susan K. Lee filed a report and recommendation recommending (a) the Court accept Defendant Luke Wilson's ("Defendant") plea of guilty to Count One and Count Four of the Second Superceding Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One and Count Four of the Second Superceding Indictment; and (c) Defendant remain in custody until sentencing in this matter (Court File No. 168). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation and will accept it.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 168) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One and Count Four of the Second Superceding Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Four of the Second Superceding Indictment; and

(3) Defendant **SHALL REMAIN** in custody until sentencing in this matter.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2